UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PASCAL JACQUES DUBOIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, et al.,<br><br>　　　　Defendants. | Civ. No. 13-5001 (KM) (MCA)<br><br>**MEMORANDUM ORDER** |

　　　　Plaintiff, Pascal Jacques Dubois, is proceeding *pro se* with a civil rights complaint. Mr. Dubois was previously an immigration detainee at the Essex County Correctional Facility in Newark, New Jersey. He was released from immigration detention on July 14, 2014, under an order of supervision. (*See* Civ. No. 14-3861 Dkt. No. 3.)

　　　　On July 25, 2014, I ordered Mr. Dubois to provide the Court with his updated address so as to be in compliance with Civil Local Rule 10.1(a) which required him to advise the Court of any change of his address within seven days. That order warned Mr. Dubois that failure to provide the Court with his updated address within thirty days would result in administrative termination of this case. To date, Mr. Dubois has not provided the Court with his updated address. Accordingly,

　　　　IT IS this 26th day of August, 2014,

　　　　ORDERED that the Clerk shall administratively terminate this case pursuant to Local Civil Rule 10.1(a), without prejudice to reinstatement if and when Plaintiff provides the Court with his current address.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KEVIN MCNULTY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge